**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD., TCL TECHNOLOGY GROUP CORPORATION, TCL INDUSTRIES HOLDINGS CO., LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE WORLDWIDE LTD., TCT MOBILE INTERNATIONAL LTD., HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., AND TCL COMMUNICATION LTD.<br><br>*Defendants.* | Case No. 5:24-cv-00011-RWS-JBB |

**Defendants' Disclosure of Preliminary Claim Constructions**

Defendants TCL Technology Group Corporation et al. (collectively Defendants" or "TCL") by and through its counsel, hereby serves its P.R. 4-2 Preliminary Claim Constructions ("Claim Constructions") on Plaintiff Monument Peak Ventures ("Plaintiff" or "Monument") regarding claims 1-4 and 6-8 of U.S. Patent No. 7,092,573 ("the '573 patent") and claims 9, 12, 14 and 17 of U.S. Patent No. 7,683,962 ("the '962 patent") (collectively the "Asserted Claims" of the "Asserted Patents"). Extrinsic Evidence in support of these Claim Constructions is identified in Exhibit A for the '573 patent and Exhibit B for the '962 patent. These Claim Terms are served pursuant to the Court's August 15, 2024, Second Amended Docket Control Order ("Order," Dkt. No. 50).

**‘573 Patent**

| Claim Term | Claim Number | Construction |
|---|---|---|
| “subject matter detector” | Claims 1, 4, 7, 8 | 112(f)<br>• Function: “to produce a belief map of values indicating the degree of belief that pixels in the digital image belong to target subject matter, said values defining a plurality of belief regions.”<br>• Structure: Software code having the steps described in Figure 9 or Figure 10 of the ‘573 Patent.<br>*See*, Abstract; Col. 2, ln. 44-45; Col. 4, ln. 25-28; Col. 6, ln. 24-30; FIG. 9, FIG. 10. |
| “belief map analyzer | Claim 7 | 112(f)<br>• Function: “determining sizes of said belief regions.”<br>• Structure: Indefinite. Software code without any disclosed algorithm.<br>See, Col. 10, ln. 3-33; FIG. 8 |
| “produce” | Claims 1, 4, 7, 8 | • Generate<br>*See*, Col. 6, ln. 56-61; FIG. 10 |
| “belief map of values | Claims 1, 7, 8 | • A two-dimensional array M (m,n) of values, each of the values indicating a belief that the particular pixel associated with the value represents the target subject matter.<br>*See*, Col. 4, ln. 26-48; Col. 4, ln. 49-Col. 5, ln. 59; Col. 6, ln. 11-23; Col. 6, ln. 27-30; Applicant’s Response to the Office Action dated October 21, 2004 at pp. 9-11; Office Action dated June 27, 2005 at p. 15. |
| “belief regions” | Claims 1, 7, 8 | • Regions based on one or more unique characteristics (e.g., color, texture, location) of the subject matter. |

| Claim Term | Claim Number | Construction |
|---|---|---|
| | | *See*, Col. 6, ln. 13-23; Applicant's Response to Office Action dated June 27, 2005 at pp. 14-15; Applicant's Response to the Office Action dated October 4, 2005 at pp. 9-10. |
| "degree of belief" | Claims 1, 7, 8 | • A probability that the particular pixel represents the target subject matter<br><br>*See*, Col. 2, ln. 47-48; Col. 4, ln. 15-48; Applicant's Response to Office Action dated June 27, 2005 at pp. 15-15; Applicant's Response to Office Action dated October 4, 2005 at pp. 9-10. |
| "belong" | Claims 1, 7, 8 | • Ordinary meaning: to be a part of<br><br>*See*, Exhibit A, p. 1 |
| "target subject matter" | Claims 1, 7, 8 | • Object in an image to which a particular image enhancement operation is directed<br><br>*See*, Col. 1, ln. 42; Col. 2, ln. 37; Col. 3, ln. 61-62; Col. 4, ln. 21-23; Exhibit A, p. 2 |
| "background subject matter" | Claim 7 | • Object in an image to which a particular image enhancement operation is not directed.<br><br>*See*, Col. 1, ln. 42; Col. 2, ln. 37; Col. 3, ln. 61-62; Col. 4, ln. 21-23; Exhibit A, p. 2 |
| "size(s)" | Claims 1,7, 8 | • Number of pixels<br><br>*See*, Col. 10, ln. 21-28; Applicant's Response to Office Action dated October 4, 2005 at pp. 9-10. |
| "enhancing" | Claims 1, 6, 7, 8 | • Improving a quality of an image<br><br>*See*, Abstract; Col. 1, ln. 13-20; Applicant's Response to Office Action dated June 27, 2005 at pp. 10-12; Exhibit A, p. 3 |

| Claim Term | Claim Number | Construction |
|---|---|---|
| "image enhancement operations" | Claim 6 | • An operation in which one or more attributes of an image can be enhanced, such as sharpening, noise reduction, de-blocking, scene balance adjustment (e.g., color and/or brightness balance), tone-scale adjustment (e.g., contrast and/or rendering), color re-mapping, image interpolation, filtering techniques<br><br>*See*, Col. 1, ln. 13-20; Col. 1 ln. 34- Col. 2, ln. 32; Col. 11, ln. 43-59; Col. 12, ln. 48-58; Col. 7, ln. 18-Col. 9, ln. 60; Col. 11, ln. 37-42; Office Action dated June 27, 2005 at pp. 11-12; Applicant's Response to Office Action dated June 27, 2005 at pp. 10-12. |
| "image enhancement operator" | Claim 7 | 112(f)<br>• Function: enhancing said digital image, controlling the degree of image enhancement pixel by pixel, in accordance with both the degree of belief and the size of the respective said belief region.<br><br>• Structure: At least one of the computer programs for sharpening, de-blocking and/or de-noising an image, as described at col. 7, line 18-col. 12, line 58.<br><br>*See*, Col. 2, ln. 48-53; Col. 7, ln. 9-Col. 12, ln. 58; Applicant's Response to Office Action dated June 27, 2005 at pp. 10-12. |
| "degree of image enhancement" | Claim 7 | • Ordinary meaning: An amount of image quality improvement<br><br>*See*, Col. 1, ln. 8-9 Col. 1, ln. 13-20; Col. 2, ln. 56-60; Col. 3, ln. 59-67; Applicant's Response |

| Claim Term | Claim Number | Construction |
|---|---|---|
| | | to Office Action dated June 27, 2005 at pp. 10-12. |

**‘962 Patent**

| Claim Term | Claim Number | Construction |
|---|---|---|
| “output image(s)” | Claims 9, 12, 14, 17 | • A captured image signal representing a scene<br><br>*See*, Abstract; Col. 7, ln. 40-41; Col. 20, ln. 63 Pl. Inf. Cont. at Ex B, p. 2 |
| “sensor output” | Claim 9 | • Analog output signal from a sensor<br><br>*See*, Col. 13, ln. 56-64 |
| “captured image signal” | Claim 9 | • Digital image signal selected from one of the first or second sensor outputs<br><br>*See*, Col. 13, ln. 56-64; Col. 14, ln. 9-13 |
| “first image” | Claim 9 | • A first electronic recording of a scene.<br><br>*See*, Col. 13, ln. 56-64; Col. 19, ln. 24-28 |
| “second image” | Claim 9 | • A second electronic recording of a scene.<br><br>*See*, Col. 13, ln. 56-64; Col. 19, ln. 28-31 |
| “first image sensor” | Claim 9 | • A first array of optical sensors, each of which generates a photoelectric signal corresponding to the light intensity at the portion of the image which is incident on the sensor.<br><br>*See*, Col. 2, lines 27-31; Col. 13, ln. 29-24 |
| “second image sensor” | Claim 9 | • A second array of optical sensors, each of which generates a photoelectric signal corresponding to the light |

| Claim Term | Claim Number | Construction |
|---|---|---|
| | | intensity at the portion of the image which is incident on the sensor.<br><br>*See*, Col. 2, lines 27-31; Col. 13, ln. 29-24 |
| "first imaging stage" | Claim 9 | • Includes a first zoom lens and first image sensor configured to capture a first image at a first focus distance<br><br>*See*, Col. 11, ln. 47-49; Col. 12, ln. 25-28; Col. 12, ln. 51-63; Col. 13, ln. 8-9; FIGS. 2A and 2B |
| "second imaging stage" | Claim 9 | • Includes a second zoom lens and second image sensor configured to capture a second image at a second focus distance<br><br>*See*, Col. 11, ln. 47-49; Col. 12, ln. 25-28; Col. 12, ln. 51-63; Col. 13, ln. 8-9; FIGS. 2A and 2B |
| "different angles of view" | Claim 9 | • Different focal lengths (e.g., the first lens has a first focal length that is different from a second focal length of the second lens).<br><br>*See*, Col. 8, ln. 60-64; Col. 23, ln. 43-53 |
| "range map" | Claims 9, 12, 14, 17 | • A map that indicates distances from the digital camera to different portions of the scene.<br><br>*See*, Abstract, Col. 8, ln. 55-60; Col. 8, ln. 64-67; Col. 11, ln. 66 – Col. 12, ln. 3; Col. 19, ln. 57 – Col. 20, ln. 40. |
| "dynamic depth of field images" | Claim 9 | • Images that have regions of different distances from the camera in focus<br><br>*See*, Col. 21, ln. 46-51 |
| "desired depth of field" | Claim 9 | • User-selected range of distances from the camera that are in focus<br><br>*See*, Col. 21, ln. 46-55 |

| Claim Term | Claim Number | Construction |
|---|---|---|
| "blurring" | Claim 9 | • Ordinary Meaning<br>*See*, Exhibit B, p. 1 |
| "lie outside" | Claim 9 | • Further from or closer to the camera<br><br>*See*, Col. 21, ln. 18-55 |
| "improve object identification" | Claim 12 | • Ordinary meaning<br><br>*See*, Col. 20, ln. 65-68; Exhibit B, p. 2 |
| "continuous boundaries of an object" | Claim 12 | • Closed-loop outline of an object in an image<br><br>*See*, Col. 20, ln. 65-68; Exhibit B, pp. 3-5 |
| "so that the shape of the object can be defined" | Claim 12 | • Ordinary meaning<br><br>*See*, Col. 20, ln. 65-68 |
| "motion tracking of objects" | Claim 14 | • Identifying objects moving in a scene as the same object between images<br><br>*See*, Col. 1, ln. 21-30; Col. 21, ln. 4-6; Col. 30, ln. 8-12 |
| "identifying objects so that they can be tracked" | Claim 14 | • Ordinary meaning<br><br>*See*, Col. 1, ln. 21-30; Col. 21, ln. 4-6 |
| "improve scene balance" | Claim 17 | • Ordinary meaning<br><br>*See*, Col. 21, ln. 16-17; Exhibit B, p. 2 |
| "emphasized" | Claim 17 | • Sharpened relative to its surroundings.<br><br>*See*, Col. 21, ln. 16-17; Col. 21, ln. 51-55 |

Discovery in this matter is ongoing as is Defendant's investigation. This Disclosure is based on the information and documents available to Defendant as of the date of this Disclosure. Defendant reserves the right to amend this Disclosure in response to future discovery and claim construction exchanges.

August 19, 2024

Respectfully submitted,

/s/ __Glenn E. Forbis__________

Glenn E. Forbis (P52119) (*pro hac vice*)
J. Bradley Luchsinger (P76115) (*pro hac vice*)
Robert M. Siminski (P44319) (*pro hac vice*)
Scott Yackey (Texas Bar No. 24100052)
Colette E. Verch (P87056) (*pro hac vice*)
HARNESS, DICKEY & PIERCE, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
gforbis@harnessip.com
bluchsinger@harnessip.com
rmsiminski@harnessip.com
syackey@harnessip.com
cverch@harnessip.com

Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies this document was served electronically via e-mail in compliance with Local Rule CV-5. As such, it was served on all counsel of record on August 19, 2024.

/s/ Glenn E. Forbis

Glenn E. Forbis (P52119) (*pro hac vice*)
HARNESS, DICKEY & PIERCE, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
gforbis@harnessip.com

*Attorney for Defendants*

28529736.1