# EXHIBIT A

Merriam-Webster OnLine
Merriam-Webster FOR KIDS | Encyclopædia BRITANNICA
Merriam-Webster ONLINE | Merriam-Webster COLLEGIATE® | Merriam-Webster UNABRIDGED

HOME
PREMIUM SERVICES
M-WCollegiate.com
M-WUnabridged.com
Britannica.com
Multi-User Licenses
DOWNLOADS
WORD OF THE DAY
WORD GAMES
SPELLING BEE HIVE
WORD FOR THE WISE
ONLINE STORE
HELP
Merriam-Webster Inc.
Company information

Merriam-Webster Online Dictionary

Thesaurus

# belong

One entry found for **belong**.

Main Entry: **be·long**
Pronunciation: bi-'lo[ng]
Function: *verb*
Etymology: Middle English *belongen,* from *be-* + *longen* to be suitable -- more at LONG
*intransitive senses*
**1 a :** to be suitable, appropriate, or advantageous <a dictionary *belongs* in every home> **b :** to be in a proper situation <a man of his ability *belongs* in teaching>
**2 a :** to be the property of a person or thing -- used with *to* **b :** to be attached or bound by birth, allegiance, or dependency **c :** to be a member of a club, organization, or set
**3 :** to be an attribute, part, adjunct, or function of a person or thing <nuts and bolts *belong* to a car>
**4 :** to be properly classified
*verbal auxiliary*, *chiefly Southern & southern Midland* **:** **OUGHT**, **MUST**

For More Information on "belong" go to Britannica.com
Get the Top 10 Search Results for "belong"

Merriam-Webster Online
Dictionary
Thesaurus
Go
Browse by letter:
A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z
Browse words next to:
belong

Britannica
belong
Find

Pronunciation Symbols



© 2005-2006 Merriam-Webster, Incorporated

Dictionary Thesaurus

# target 2 of 2 verb

**targeted; targeting; targets**

*transitive verb*

**1** **:** to make a target of

*targeted* her for promotion

*especially* **:** to set as a goal

**2** **:** to direct or use toward a target

## Phrases

**off target**

**:** not valid **:** **INACCURATE**

**on target**

**:** precisely correct or valid especially in interpreting or addressing a problem or vital issue



The Wayback Machine - https://web.archive.org/web/20090425163145/http://www.merriam-webster.com/dictionary/enhancing



# enhancing

One entry found.

On Off

Main Entry: **en·hance**
Pronunciation: \in-ˈhan(t)s, en-\
Function: *transitive verb*
Inflected Form(s): **en·hanced**; **en·hanc·ing**
Etymology: Middle English *enhauncen,* from Anglo-French *enhaucer, enhauncer,* from Vulgar Latin **inaltiare,* from Latin *in* + *altus* high — more at OLD
Date: 13th century

**1** *obsolete* **:** RAISE
**2 :** HEIGHTEN, INCREASE ; *especially* **:** to increase or improve in value, quality, desirability, or attractiveness <*enhanced* the room with crown molding>
— **en·hance·ment** \-ˈhan(t)-smənt\ *noun*

Learn more about "enhance" and related topics at Britannica.com

See a map of "enhance" in the Visual Thesaurus

Pronunciation Symbols

**Share this entry:**

**Link to this page:**
<a href="https://web.archive.org/web/20090425163145/http://www.merriam-webster.com/dictionary/enha

**Cite this page:**

**MLA Style**
"enhance." Merriam-Webster Online Dictionary. 2009.
Merriam-Webster Online. 25 April 2009
<http://www.merriam-webster.com/dictionary/enhance>

**APA Style**
enhance. (2009). In *Merriam-Webster Online Dictionary*.
Retrieved April 25, 2009, from https://web.archive.org/web/20090426090839/http://www.merriam-webster.com/dictionary/enhance




© 2009 Merriam-Webster, Incorporated