# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20090423154221/http://www.merriam-webster.com/dictionary/blurring



# blurring

One entry found.

On Off

Main Entry: [2]**blur**
Function: *verb*
Inflected Form(s): **blurred**; **blur·ring**
Date: 1520

*transitive verb*
**1** : to obscure or blemish by smearing
**2** : SULLY
**3** : to make dim, indistinct, or vague in outline or character
**4** : to make cloudy or confused
*intransitive verb*
**1** : to make blurs
**2** : to become vague or indistinct
— **blur·ring·ly** \'blər-iŋ-lē\ *adverb*

Search "blur" in:
Thesaurus
Spanish/English
Medical Dictionary
Open Dictionary
Browse words next to:
blur
Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #
blur

Merriam-Webster Online Dictionary

Thesaurus

# improve

One entry found for **improve**.

Main Entry: **im·prove**
Pronunciation: `im-'prüv`
Function: *verb*
Inflected Form(s): **im·proved**; **im·prov·ing**
Etymology: Middle English *improuen, emprouen,* from Anglo-French *emprouer* to make profit from, from French *en-* + *pru, prou* advantage, from Late Latin *prode* -- more at PROUD
*transitive verb*
**1** *archaic* **:** **EMPLOY**, **USE**
**2 a :** to enhance in value or quality **:** make better **b :** to increase the value of (land or property) by making it more useful for humans (as by cultivation or the erection of buildings) **c :** to grade and drain (a road) and apply surfacing material other than pavement
**3 :** to use to good purpose
*intransitive verb*
**1 :** to advance or make progress in what is desirable
**2 :** to make useful additions or amendments
- **im·prov·abil·i·ty** `/(")im-"prü-v&-'bi-l&-tE/` *noun*
- **im·prov·able** `/-'prü-v&-b&l/` *adjective*
- **im·prov·er** *noun*
**synonyms** IMPROVE, BETTER, HELP, AMELIORATE mean to make more acceptable or to bring nearer a standard. IMPROVE and BETTER are general and interchangeable and apply to what can be made better whether it is good or bad <measures to further *improve* the quality of medical care> <immigrants hoping to *better* their lot>. HELP implies a bettering that still leaves room for improvement <a coat of paint would *help* that house>. AMELIORATE implies making more tolerable or acceptable conditions that are hard to endure <tried to *ameliorate* the lives of people in the tenements>.

For **More Information on "improve" go to Britannica.com**
Get the **Top 10 Search Results for "improve"**

Merriam-Webster Online
Thesaurus
Go
Browse by letter:
A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z
Browse words next to:
improve

Encyclopædia Britannica
improve Find

Merriam-Webster OnLine
Merriam-Webster FOR KIDS | Encyclopædia BRITANNICA
Merriam-Webster ONLINE | Merriam-Webster COLLEGIATE® | Merriam-Webster UNABRIDGED

HOME
PREMIUM SERVICES
M-WCollegiate.com
M-WUnabridged.com
Britannica.com
Multi-User Licenses
DOWNLOADS
WORD OF THE DAY
WORD GAMES
WORD FOR THE WISE
ONLINE STORE
HELP
Merriam-Webster Inc. Company information

Merriam-Webster Online Dictionary

Thesaurus

# continuous

One entry found for **continuous**.

Main Entry: **con·tin·u·ous**
Pronunciation: k&n-'tin-yü-&s
Function: *adjective*
Etymology: Latin *continuus,* from *continEre* to hold together -- more at CONTAIN
**1 :** marked by uninterrupted extension in space, time, or sequence
**2** *of a function* **:** having the property that the absolute value of the numerical difference between the value at a given point and the value at any point in a neighborhood of the given point can be made as close to zero as desired by choosing the neighborhood small enough
**synonym** see CONTINUAL
- **con·tin·u·ous·ly** *adverb*
- **con·tin·u·ous·ness** *noun*

For **More Information on "continuous" go to Britannica.com**
Get the **Top 10 Search Results for "continuous"**

Merriam-Webster Online
Dictionary
Thesaurus
Go
Browse by letter:
A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z
Browse words next to:
continuous
Encyclopædia Britannica
continuous Find

Pronunciation Symbols



© 2005-2006 Merriam-Webster, Incorporated

Merriam-Webster
Merriam-Webster OnLine

Also Visit: | Unabridged | Visual | Britannica Online Encyclopedia | ESL: | Learner's NEW | for Kids: | Word Central | Spell It!

Dictionary Thesaurus Spanish/English Medical Search

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

# boundary

4 entries found.

On Off

- boundary
- boundary layer
- K–T boundary
- Boundary Peak

Main Entry: **bound·ary**
Pronunciation: \ˈbau̇n-d(ə-)rē\
Function: *noun*
Inflected Form(s): *plural* **bound·aries**
Etymology: [2]*bound* + [1]*-ary*
Date: 1598

**:** something that indicates or fixes a limit or extent
— **bound·ary·less** \-ləs\ *adjective*
— **bound·ary·less·ness** *noun*

Learn more about "boundary" and related topics at Britannica.com

See a map of "boundary" in the Visual Thesaurus

Pronunciation Symbols

**Share this entry:**

**Link to this page:**
<a href="https://web.archive.org/web/20090423195222/http://www.merriam-webster.com/dictionary/boun

**Cite this page:**

**MLA Style**
"boundary." Merriam-Webster Online Dictionary. 2009.
Merriam-Webster Online. 23 April 2009
<http://www.merriam-webster.com/dictionary/boundary>

**APA Style**
boundary. (2009). In *Merriam-Webster Online Dictionary*.
Retrieved April 23, 2009, from https://web.archive.org/web/20090422104955/http://www.merriam-webster.com/dictionary/boundary

Search "boundary" in:
Thesaurus
Spanish/English
Medical Dictionary
Open Dictionary
Browse words next to:
boundary
Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

boundary Go

Products | Premium Services | Company Info | Contact Us | Advertising Info | Privacy Policy

© 2009 Merriam-Webster, Incorporated

Merriam-Webster OnLine
Merriam-Webster FOR KIDS | Encyclopædia BRITANNICA
Merriam-Webster ONLINE | Merriam-Webster COLLEGIATE® | Merriam-Webster UNABRIDGED

HOME
PREMIUM SERVICES
M-WCollegiate.com
M-WUnabridged.com
Britannica.com
Multi-User Licenses
DOWNLOADS
WORD OF THE DAY
WORD GAMES
SPELLING BEE HIVE
WORD FOR THE WISE
ONLINE STORE
HELP

Merriam-Webster Online Dictionary

Thesaurus

# outline

2 entries found for **outline**.
To select an entry, click on it.

outline[1,noun]
outline[2,transitive verb]
Go

Main Entry: [1]**out·line**
Pronunciation: 'aut-"lIn
Function: *noun*
**1 a :** a line that marks the outer limits of an object or figure : **BOUNDARY b : SHAPE**
**2 a :** a style of drawing in which contours are marked without shading **b :** a sketch in outline
**3 a :** a condensed treatment of a particular subject <an *outline* of world history> **b :** a summary of a written work **: SYNOPSIS**
**4 :** a preliminary account of a project **: PLAN**
**5 :** a fishing line set out overnight **: TROTLINE**
**synonyms** OUTLINE, CONTOUR, PROFILE, SILHOUETTE mean the line that bounds and gives form to something. OUTLINE applies to a line marking the outer limits or edges of a body or mass <traced the *outline* of his hand>. CONTOUR stresses the quality of an outline or a bounding surface as being smooth, jagged, curving, or sharply angled <a car with flowing *contours*>. PROFILE suggests a varied and sharply defined outline against a lighter background <a portrait of her face in *profile*>. SILHOUETTE suggests a shape especially of a head or figure with all detail blacked out in shadow leaving only the outline clearly defined <photograph in *silhouette* against a bright sky>.

For **More Information on "outline" go to Britannica.com**
Get the **Top 10 Search Results for "outline"**

Merriam-Webster Online
Dictionary
Thesaurus
Go
Browse by letter:
A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z
Browse words next to:
outline

Encyclopædia Britannica
outline
Find

Pronunciation Symbols