**United States District Court**
**Eastern District of Texas**
**Texarkana Division**

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD., TCL TECHNOLOGY GROUP CORPORATION, TCL INDUSTRIES HOLDINGS CO., LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE WORLDWIDE LTD., TCT MOBILE INTERNATIONAL LTD., HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., AND TCL COMMUNICATION LTD.,<br><br>*Defendants* | Civil Action No. 5:24-cv-00011<br><br>JURY TRIAL DEMANDED |

## Joint Claim Construction Chart

Pursuant to Local Patent Rule 4-5(d) and the Court's Second Amended Docket Control Order [Dkt. #50], Plaintiff Monument Peak Ventures, LLC ("MPV") and Defendants TCL Electronics Holdings Ltd., TCL Technology Group Corporation, TCL Industries Holdings Co., Ltd., TCL Communication Technology Holdings Limited, TCT Mobile Worldwide Ltd., TCT Mobile International Ltd., Huizhou TCL Mobile Communication Co. Ltd., and TCL Communication Ltd. (collectively, "Defendants") hereby submit this Joint Claim Construction Chart. The asserted patents are U.S. Patent Nos. 7,092,573 and 7,683,962.

## AGREED CONSTRUCTIONS

| Claim Term | Agreed Construction |
|---|---|
| "range map"<br><br>['962 Patent, claims 9, 12, 14, 17] | Plain and ordinary meaning |

## DISPUTED TERMS FOR PATENT 7,092,573

| Claim Term<br>(Party Proposing)<br>[Patent and Claim Numbers] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "belief map of values"<br>(Plaintiff MPV)<br>['573 Patent, claims 1, 7, 8] | Plain and ordinary meaning, such as a collection of values, each value corresponding to the likelihood and/or degree of confidence that an individual pixel in the image belongs to the target subject matter | A two-dimensional array M(m,n) of values, each of the values corresponding to the likelihood and/or degree of confidence that an individual pixel in the image belongs to the target subject matter | |
| "belief regions"<br>(Plaintiff MPV)<br>['573 Patent, claims 1, 7, 8] | Plain and ordinary meaning | Regions based on one or more unique characteristics (e.g., color, texture, location) of the subject matter | |
| "size(s)"<br>(Plaintiff MPV)<br>['573 Patent, claims 1, 7, 8] | Plain and ordinary meaning | Number of pixels | |

| Claim Term (Party Proposing) [Patent and Claim Numbers] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "subject matter detector"<br>(Plaintiff MPV)<br>['573 Patent, claims 1, 4, 7, 8] | Plain and ordinary meaning. Not subject to § 112, ¶ 6 | 112(f), ¶ 6<br>**Function**: to produce a belief map of values indicating the degree of belief that pixels in the digital image belong to target subject matter, said values, defining a plurality of belief regions.<br>**Structure**: Software code having the steps described in Fig. 9 or Fig. 10 | |
| "belief map analyzer"<br>(Plaintiff MPV)<br>['573 Patent, claim 7] | Plain and ordinary meaning. Not subject to § 112, ¶ 6. Not indefinite | 112(f), ¶ 6<br>**Function**: "determining sizes of said belief regions"<br>**Structure**: Indefinite. Software code without any disclosed algorithm<br>Alternately: "counting the number of pixels (or the percentage of total pixels) that belong to each belief region" described at 10:25–27 | |

| **Claim Term (Party Proposing) [Patent and Claim Numbers]** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
|---|---|---|---|
| "image enhancement operator"<br>(Plaintiff MPV)<br>['573 Patent, claim 7] | Plain and ordinary meaning | 112(f) ¶ 6<br>**Function**: enhancing said digital image, controlling the degree of image enhancement pixel by pixel, in accordance with both the degree of belief and the size of the respective said belief region<br>**Structure**: At least one of the computer programs for sharpening, de-blocking and/or de-noising an image as described at 7:18–12:58 | |

## DISPUTED TERMS FOR PATENT 7,683,962

| Claim Term<br>(Party Proposing)<br>[Patent and Claim Numbers] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "output image(s)"<br>(Plaintiff MPV)<br>['962 Patent, claims 9, 12, 14, 17] | Plain and ordinary meaning | A captured image signal representing a scene | |
| "imaging stage"<br>(Plaintiff MPV)<br>['962 Patent, claim 9] | Plain and ordinary meaning | Includes a lens and an image sensor configured to capture an image, which is an electronic recording of a scene | |
| "sensor output"<br>(Plaintiff MPV)<br>['962 Patent, claim 9] | Plain and ordinary meaning | Signals output from a sensor | |

October 30, 2024

Respectfully submitted,


**GRIFFITH BARBEE PLLC**

/s/ *Casey Griffith*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
Michael.Barbee@griffithbarbee.com

Kirk Voss
Texas Bar No. 24075229
Kirk.Voss@griffithbarbee.com

Joshua Yun
Texas Bar No. 24120335
Joshua.Yun@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021| fax

**Counsel for Plaintiff**

**HARNESS, DICKEY & PIERCE, PLC**

/s/ *Colette Verch*

J. Bradley Luchsinger (*Pro Hac Vice*)
bluchsinger@harnessip.com

Robert M. Siminski (*Pro Hac Vice*)
rmsiminski@harnessip.com

Glenn E. Forbis (*Pro Hac Vice*)
gforbis@harnessip.com

Colette Verch (*Pro Hac Vice*)
cverch@harnessip.com

5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600

Scott Yackey
Texas Bar No. 24100052
syackey@harnessip.com

2801 Network Boulevard, Suite 600
Frisco, TX 75034
469-777-5400 / Fax: 469-777-5401

**HALTOM & DOAN**

Jennifer H. Doan
Texas Bar No. 08809050
jdoan@haltomdoan.com

Joshua R. Thane
Texas Bar No. 24060713
jthane@haltomdoan.com

Haleigh Hashem
Texas Bar No. 24142230
hhashem@haltomdoan.com

6500 Summerhill Road, Suite 100
Texarkana, TX 75503
(903) 255-1000 / Fax (903) 255-0800

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with the Court's Local Rules. As such, it was served on all counsel of record on October 30, 2024.

/s/ *Casey Griffith*

Casey Griffith

## CERTIFICATE OF CONFERENCE

The undersigned certifies that pursuant to Local Rule CV-7(h), counsel for Plaintiff conferred with counsel for Defendants on October 30, 2024. All parties agree to the filing of this Joint Claim Construction Chart.

/s/ *Casey Griffith*

Casey Griffith